# First District Court of Appeal
## State of Florida

_____

No. 1D2025-0991

_____

C.B., Father of J.M., Minor
Child,

    Appellant,

    v.

Guardian ad Litem,

    Appellee.

_____

On appeal from the Circuit Court for Alachua County.
George M. Wright, Judge.

November 17, 2025

Per Curiam.

    Affirmed.

Bilbrey, Kelsey, and Long, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Audrie H. Hoehn of Audrie M. Harris, P.A., Gainesville, for Appellant.

Sara E. Goldfarb, Statewide Director of Appeals, and Mercy Almaguer, Senior Attorney, Appellate Division, Statewide Guardian ad Litem Office, Tallahassee, for Appellee.